BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 2:10-CR-00102 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: October 25, 2011 |
| | ) | TIME: 9:15 a.m. |
| BERTIN VILLEGAS-GASTELUM, et al., | ) | COURT: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Robert Forkner, counsel for defendant Arturo GARCIA; Clemente Jimenez for Nicolas OSORIO and Gilbert Roque, counsel for defendant Bertin VILLEGAS-GASTELUM, that the above status conference be rescheduled from this Court's October 25, 2011, calendar, and that the matter be re-calendared for November 29, 2011, at 9:15 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the

1

best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded through November 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: October 22, 2011    /s/ Paul Hemesath
                           Paul Hemesath
                           Assistant United States Attorney
                           Counsel for Plaintiff

Dated: October 22, 2011    /s/ Robert Forkner
                           Robert Forkner
                           Counsel for Defendant
                           Arturo GARCIA

Dated: October 22, 2011    /s/ Gilbert Roque
                           Gilbert Roque
                           Counsel for Defendant
                           Bertin VILLEGAS-GASTELUM

Dated: October 22, 2011    /s/ Clemente Jimenez
                           Clemente Jimenez
                           Counsel for Defendant
                           Nicolas OSORIO

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 22, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 25, 2011, be vacated and that the case be set for **Tuesday, November 29, 2011, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 25, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT