BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:10-CR-00102 LKK |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | DATE: January 10, 2012 |
| ) | TIME: 9:15 a.m. |
| BERTIN VILLEGAS-GASTELUM, et al., ) | COURT: Hon. Lawrence K. Karlton |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Robert Forkner, counsel for defendant Arturo GARCIA; Clemente Jimenez for Nicolas OSORIO and Gilbert Roque, counsel for defendant Bertin VILLEGAS-GASTELUM, that the above status conference be rescheduled from this Court's January 10, 2012, calendar, and that the matter be re-calendared for February 22, 2012, at 9:15 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the

1

best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded through February 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: January 6, 2012  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: January 6, 2012  /s/ Robert Forkner
Robert Forkner
Counsel for Defendant
Arturo GARCIA

Dated: January 6, 2012  /s/ Gilbert Roque
Gilbert Roque
Counsel for Defendant
Bertin VILLEGAS-GASTELUM

Dated: January 6, 2012  /s/ Clemente Jimenez
Clemente Jimenez
Counsel for Defendant
Nicolas OSORIO

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 6, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 10, 2012, be vacated and that the case be set for **Wednesday, February 22, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 6, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, January 6, 2012, through and including February 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: January 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT