BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:10-CR-00102 LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| BERTIN VILLEGAS-GASTELUM, NICOLAS OSORIO, AND ARTURO GARCIA, | |
| Defendants. | |

**ORDER**

The parties appeared before the Court on February 22, 2012, in case number 2:10-CR-0102 LKK. At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference set for February 22, 2012, at 9:15 a.m., be continued to April 3, 2012, at 9:15 a.m., and that the time beginning February 22, 2012, and extending through April 3, 2012, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense

1

counsel's need to prepare. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress. It is also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for February 22, 2012, at 9:15 a.m., be continued to April 3, 2012, at 9:15 a.m., and that the time beginning February 22, 2012, and extending through April 3, 2012, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: February 23, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2