CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
NICOLAS OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAS OSORIO, et al.,<br><br>Defendant. | Case No.: 2:10-cr-102 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: April 3, 2012<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant NICOLAS OSORIO; Gilbert Roque for Defendant BERTIN VILLEGAS-GASTELUM; and Robert Forkner for Defendant ARTURO GARCIA, that the status conference scheduled for April 3, 2012, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on May 30, 2012, at 9:15 a.m. for further status conference. Defendant Nicolas Osorio has retained attorney Paul Irish, who is currently engaged in trial in state court and, thus, unavailable on April 3. Defense counsel will need further time to confer with Mr. Osorio. A request by Mr. Irish to substitute in as counsel is forthcoming.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

10cr0102.stip.0330.1.docx - 1 -
04/02/12

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: March 30, 2012 /S/ Paul Hemesath_____
PAUL HEMESATH
Attorney for Plaintiff


/S/ Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Nicolas Osorio

/S/ Gilbert Roque_____
GILBERT ROQUE
Attorney for Bertin Villegas-Gastelum

/S/ Robert Forkner_____
ROBERT FORKNER
Attorney for Arturo Garcia

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 3, 2012, at 9:15 a.m., be vacated and the matter continued to May 30, 2012, at 9:15 a.m. for change of plea. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: April 2, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT