```
1  PAUL R. IRISH, SBN 61592
   Attorney at Law
2  2001 "S" Street
   Sacramento, California  95811
3  Telephone:  (916) 454-0966

4  Attorney for Defendant
   NICHOLAS PAUL OSORIO
5
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00102-LKK |
|---|---|
| Plaintiff, | |
| vs. | ORDER SUBSTITUTION OF ATTORNEY FOR DEFENDANT NICHOLAS PAUL OSORIO |
| NICHOLAS PAUL OSORIO, | |
| Defendant. | Date:   May 30, 2012 |

NOTICE IS HEREBY GIVEN that Nicholas Paul Osorio, hereby substitutes Attorney Paul R. Irish in place of his previous attorney, Attorney Clemente Jiminez.

I consent to Paul R. Irish replacing Clemente Jiminez as my attorney.

DATED:   3/27/2012                              Respectfully submitted,


/s/ – NICHOLAS PAUL OSORIO, original
signature  retained by Attorney Paul R. Irish
_____
NICHOLAS PAUL OSORIO, Defendant

/ / /

/ / /

/ / /

1     I consent to Paul R. Irish replacing me as attorney for defendant Nicholas Paul Osorio.

3   DATED: 4/4/2012                          Respectfully submitted,

5                                          /s/ – Clemente Jiminez, original signature retained by Attorney Paul R. Irish

                                         CLEMENTE JIMINEZ
                                         Federal Public Defender

9     I accept representation of defendant Nicholas Paul Osorio, in Case No. cr-01-02-LKK.

11   DATED: 4/5/2012                        Respectfully submitted,

13                                          /s/ — Paul R. Irish

                                         PAUL R. IRISH, Attorney for Defendant NICHOLAS PAUL OSORIO

## **O R D E R**

IT IS SO ORDERED.

DATED: April 9, 2012

                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT