1  PAUL R. IRISH, SBN 61592
   Attorney at Law
2  2001 "S" Street
   Sacramento, California 95811
3  Telephone: (916) 454-0966

4  Attorney for Defendant
   NICHOLAS PAUL OSORIO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0102-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| NICHOLAS PAUL OSORIO, | Date: August 28, 2012<br>Time: 9:15 a.m.<br>Dept: 4<br>Judge: Lawrence K. Karlton |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Paul A. Hemesath, counsel for plaintiff and Paul R. Irish, counsel for defendant Nicholas Paul Osorio, that the above status conference be rescheduled from this court's August 28, 2012 calendar, and that the matter be re-calendared for October 30, 2012, at 9:15 a.m.

This request is made jointly by the Government and Defense in order to permit time for continued preparation, including investigation which is currently in progress and plea negotiations.

The parties agree that interest of justice is served by granting this continuance outweigh the best interests of the public and the defendant in a speedy.

IT IS FURTHER STIPULATED that time be excluded through October 30, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4.

/ / /

/ / /

STIPULATION AND ORDER                                                                 Page 1

DATED: _____  /s/ Paul R. Irish
PAUL R. IRISH, Attorney for Defendant
NICHOLAS PAUL OSORIO.

DATED: _____  /s/ Paul R. Irish for
PAUL A. HEMESATH
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 28, 2012 status conference, be continued to October 30, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including October 30, 2012 status conference, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3151(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

DATED: August 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT