PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California 95811
Telephone: (916) 454-0966

Attorney for Defendant
NICOLAS PAUL OSORIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLAS PAUL OSORIO,<br><br>Defendant. | Case No. 2:10-CR-0102-LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: January 29, 2013<br>Time: 9:15 a.m.<br>Dept: 4<br>Judge: Lawrence K. Karlton |
|---|---|

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Paul A. Hemesath, counsel for plaintiff and Paul R. Irish, counsel for defendant Nicolas Paul Osorio, that the above status conference be rescheduled from this court's January 29, 2013 calendar, and that the matter be re-calendared for March 19, 2013, at 9:15 a.m.

This request is made jointly by the Government and Defense in order to permit time for continued preparation, including investigation which is currently in progress and plea negotiations. The government is in the process of providing defense counsel with a proposed draft Plea Agreement. Defense counsel would therefore need additional time, upon receipt of that draft Plea Agreement, to discuss the proposal with his client, and to advise defendant on how to proceed. The additional time is therefore needed for attorney preparation and continuity of counsel.

Both parties request that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4 (attorney preparation and continuity of counsel). This exclusion of time includes the period from January 29, 2013, up to and including March 19, 2013.

STIPULATION AND [PROPOSED] ORDER                                                                                          Page 1

The parties agree that the interest of justice is served by granting this continuance that outweighs the best interests of the public and the defendant in a speedy trial.

Assistant U.S. Attorney Paul A. Hemasath agrees to this request and has authorized defendant's attorney, Paul R. Irish to sign this Stipulation on his behalf.

DATED: _____  /s/ Paul R. Irish
PAUL R. IRISH, Attorney for Defendant
NICOLAS PAUL OSORIO.

DATED: _____  /s/ Paul R. Irish for
PAUL A. HEMESATH
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 29, 2013 status conference, be continued to March 19, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including March 19, 2013, status conference, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3151(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

DATED: January 29, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER                                    Page 2