1  PAUL R. IRISH, SBN 61592
   Attorney at Law
2  2001 "S" Street
   Sacramento, California 95811
3  Telephone: (916) 454-0966

4  Attorney for Defendant
   NICOLAS PAUL OSORIO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0102-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| NICOLAS PAUL OSORIO, | Date: May 14, 2013<br>Time: 9:15 a.m. |
| Defendant. | Dept: 4<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Paul A. Hemesath, counsel for plaintiff and Paul R. Irish, counsel for defendant Nicolas Paul Osorio, that the above status conference be rescheduled from this court's May 14, 2013 calendar, and that the matter be re-calendared for June 25, 2013, at 9:15 a.m.

This request is made jointly by the Government and Defense in order to permit time for continued preparation, including investigation which is currently in progress and plea negotiations. The Government has previously provided defense counsel with a proposed draft Plea Agreement. Defense counsel thereafter tendered to the Government a proposed counterproposal and some modifications of the plea agreement. Further discussions have been conducted between the Government and defense counsel; however, an total agreement has not yet been reached. Defense counsel therefore needs additional time to discuss the proposals with his client, participate in further discussions with the Government, and advise defendant on how to proceed. The additional time is therefore needed for attorney preparation and continuity of counsel.

| | |
|---|---|
| 1 | Both parties request that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4 (attorney preparation and continuity of counsel). This exclusion of time includes the period from May 14, 2013, up to and including June 25, 2013. |

Both parties request that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4 (attorney preparation and continuity of counsel). This exclusion of time includes the period from May 14, 2013, up to and including June 25, 2013.

The parties agree that the interest of justice is served by granting this continuance that outweighs the best interests of the public and the defendant in a speedy trial.

Assistant U.S. Attorney Paul A. Hemasath agrees to this request and has authorized defendant's attorney, Paul R. Irish to sign this Stipulation on his behalf.

DATED: May 10, 2013        /s/ Paul R. Irish
                           PAUL R. IRISH, Attorney for Defendant
                           NICOLAS PAUL OSORIO.

DATED: May 10, 2013        /s/ Paul R. Irish for
                           PAUL A. HEMESATH
                           Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 14, 2013 status conference, be continued to June 25, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including June 25, 2013, status conference, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.

/ / /

/ / /

1  §3151(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to
2  prepare.

       IT IS SO ORDERED.

DATED: May 14, 2013

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```