```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 2:10-CR-00102 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: June 25, 2013 |
|  | ) TIME: 9:15 a.m. |
| Nicolas OSORIO, et al., | ) COURT: Hon. Lawrence K. Karlton |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Paul Irish, counsel for Nicolas OSORIO, that the above status conference be rescheduled from this Court's June 25, 2013, calendar, and that the matter be re-calendared for July 30, 2013, at 9:15 a.m., at which time this Court will also hear a previously-scheduled motion for suppression. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the

defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded through August 28, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv), Local Code T-4; and (h)(1)(D), Local Code E (pretrial motion pending).

IT IS FURTHER STIPULATED that the briefing schedule for the aforementioned motion-to-suppress be set as follows:

The Government's response shall be due on July 16, 2013, and the defendant's reply, if any, shall be due July 23, 2013.

Dated: June 23, 2013  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: June 23, 2013  /s/ Paul Irish
Paul Irish
Counsel for Defendant
Nicolas OSORIO

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: June 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT