BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00102 LKK |
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date: August 27, 2013<br>Time 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| NICOLAS OSORIO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Paul Irish,

attorney for defendant NICOLAS OSORIO that the previously-noticed hearing date of August 27, 2013,

be vacated and the matter re-scheduled for September 10, 2013, at 9:45 a.m. The parties further request

that the Court order the government's response be due on August 27, 2013, and the defendant's reply, if

any, be due on September 3, 2013.

The parties further request that time be excluded from June 7, 2013, (the day that defendant filed

the instant motion to suppress evidence), pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E,

pre-trial motion). The parties agree that there is a sufficient factual basis for such an exclusion, and that

the interests of justice served by granting this continuance outweigh the best interests of the public and

the defendant in a speedy trial.

/ / /

These requests are made jointly by the government and defense.

IT IS SO STIPULATED.

Dated:  August 20, 2013                          BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ PAUL A. HEMESATH
                                                 PAUL A. HEMESATH
                                                 Assistant United States Attorney


Dated:  August 20, 2013                          /s/ PAUL IRISH
                                                 PAUL IRISH
                                                 Counsel for Defendant

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for August 27, 2013, shall be re-scheduled to September 10, 2013.  It is further ordered that the government's response to defendant's motion shall be filed no later than August 27, 2013 and defendant's reply, if any, shall be filed no later than September 3, 2013.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion), and further, that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.


       DATED: August 21, 2013


                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT