1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:10-CR-00102 LKK

12                    Plaintiff,          STIPULATION AND ORDER

13            v.                          Date: November 5, 2013
                                          Time 9:15 a.m.
14  NICOLAS OSORIO,                       Judge: Hon. Lawrence K. Karlton

15                    Defendant.

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, Paul Hemesath, Assistant United States Attorney, and attorney for plaintiff, and Paul Irish,

19  attorney for defendant NICOLAS OSORIO that the previously-noticed hearing date of November 5,

20  2013, be vacated and the matter re-scheduled for December 3, 2013, at 9:15 a.m.

21      The parties' request is based on their continuing investigation of the matter at issue, as well as

22  further negotiations, which may render the matter moot.

23      The parties further request that time be excluded from June 7, 2013, (the day that defendant filed

24  the instant motion to suppress evidence), pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E,

25  pre-trial motion).  The parties agree that there is a sufficient factual basis for such exclusion, and that the

26  interests of justice served by granting this continuance outweigh the best interests of the public and the

27  defendant in a speedy trial.

28  / / /

    STIPULATION RE: EXCLUDABLE TIME;            1
    ORDER

These requests are made jointly by the government and defense.

IT IS SO STIPULATED.

Dated: October 31, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

Dated: October 31, 2013

/s/ PAUL IRISH
PAUL IRISH
Counsel for Defendant

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for November 5, 2013, shall be re-scheduled to December 3, 2013.

The Court further finds that, as a result of defendant's motion, a sufficient factual basis exists to exclude time under the Speedy Trial act pursuant to 18 U.S.C. section 3161 (h)(1)(D) (Local Code E, pre-trial motion), and further, that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT